# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00358-CV

**Lauren Nicole Billisits, Appellant**

**v.**

**Nathan George Billisits, Appellee**

### FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### NO. 315463, THE HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Lauren Nicole Billisits appeals the final divorce decree in this cause. She and Nathan George Billisits have filed a joint agreed motion to abate this appeal for the entry of findings of fact and conclusions of law that were not issued by the district court after Lauren's timely request for them and her notice to the court that they were past due. *See* Tex. R. Civ. P. 296.

We grant the joint motion, abate this appeal, and remand this cause to the trial court for the entry of the necessary findings of fact and conclusions of law. *See Martinez v. Martinez*, No. 03-16-00818-CV, 2017 WL 3897309, at *1 (Tex. App.—Austin Aug. 25, 2017, no pet.) (mem. op.). A supplemental record containing the findings and conclusions shall be filed with this Court thirty days from the date of this order. This appeal will be reinstated after the supplemental clerk's record is filed.

It is ordered on January 12, 2022.


Before Justices Goodwin, Baker, and Triana

Abated and Remanded

Filed:   January 12, 2022